IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| JENNIFER SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.    7:05-cv-1112-TMP |
| | ) | |
| JEFFREY McREYNOLDS; JEFFREY HYCHE; and THE TUSCALOOSA COUNTY BOARD OF EDUCATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

The court has for consideration the report and recommendation entered by the magistrate judge on January 25, 2006, wherein he recommends that the motion to dismiss filed by defendant Tuscaloosa County Board of Education be granted and that all claims against that defendant be dismissed with prejudice.

It is hereby ORDERED that the court ACCEPTS and ADOPTS the magistrate judge's report and recommendation, the motion to dismiss filed by defendant Tuscaloosa County Board of Education is GRANTED, and all claims against defendant Tuscaloosa County Board of Education are DISMISSED WITH PREJUDICE.

This matter is again REFERRED to the magistrate judge with regard to all remaining claims.

DONE this 1st day of March 2006.

_____
INGE PRYTZ JOHNSON
U.S. DISTRICT JUDGE